Submitted on record and briefs August 20, reversed and remanded for new trial
September 11, 1996

In the Matter of Trong Ngoc Vinh,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

TRONG NGOC VINH,
*Appellant.*

(9603 62977; CA A92798)

922 P2d 1278

Thomas A. Coleman filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Appellant appeals an order finding that he is a mentally ill person and committing him to the Mental Health and Developmental Disability Services Division for treatment. ORS 426.130. Appellant contends that the court failed to properly advise him as required by ORS 426.100. The state concedes error and we agree. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994); *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for new trial.